# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

5:24mJ 00039

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>     v. ) <br> Jessica Caples ) <br>       Defendant. ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- UNDERLYING ALLEGATION OF ABSCONDING
- NO IDENTIFIED BAIL RESOURCES
- UNSTABLE RESIDENCY
- RECENT CONTROLLED SUBSTANCE USE

IT IS ORDERED that defendant be detained.

DATED: 2/1/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2